UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
JORGE CABRERA,                       :      25cv5570 (DLC)
                                     :
                    Movant,          :      24cr240-2 (DLC)
                                     :
         -v-                         :           ORDER
                                     :
UNITED STATES OF AMERICA,            :
                                     :
                    Respondent.      :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

On July 1, 2025, Jorge Cabrera brought a pro se motion to vacate his conviction under 28 U.S.C. § 2255. The Government filed an opposition on October 6. Pursuant to an Order of July 24, Cabrera's reply was due on November 5. In a letter that was received and docketed on November 3, Cabrera requested an extension of the deadline to file his reply to December 31. Accordingly, it is hereby

ORDERED Cabrera's reply is due on **December 31, 2025.** The motion will be considered fully submitted as of that date.

Dated:    New York, New York
          November 10, 2025

                              _Denise Cote_
                              DENISE COTE
                     United States District Judge