**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
JORGE CABRERA,

       Petitioner,     25  **CIVIL** 5570 (DLC)
                24 **CR.** 240-2 (DLC)
  -against-

UNITED STATES OF AMERICA,    **JUDGMENT**

       Respondent.
----------------------------------------------------------X


   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated January 15, 2026, Jorge Cabrera's July 1, 2025

petition for a writ of habeas corpus is denied. Cabrera having not made a substantial showing of

a denial of a federal right, a certificate of appealability shall not be granted. Hoffler v. Bezio, 726

F.3d 144, 154 (2d Cir. 2013). Pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Opinion

and Order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 445

(1962).

**DATED:**  New York, New York
    January 20, 2026


          **TAMMI M. HELLWIG**
          _____
            **Clerk of Court**

       BY: *Negam Dulal*
          _____
            **Deputy Clerk**